IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| METROPOLITAN LIFE INS. CO. | * | |
| Plaintiff | * | |
| v. | * | Civil No. AMD-99-3117 |
| AMERICAN LUMBER PENSION TRUST, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \*

| | | |
|---|---|---|
| ERNESTINE CARTWELL | * | |
| Plaintiff, | * | |
| v. | * | |
| METROPOLITAN LIFE INSURANCE CO., as successor in interest to NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \*

| | | |
|---|---|---|
| LEONARD FARBMAN, Trustee | * | |
| Plaintiff, | * | |
| v. | * | Civil No. AMD-00-1291 |
| METROPOLITAN LIFE INSURANCE CO., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER**

#202269

UPON CONSIDERATION OF the Motion to Consolidate filed by the Trustees of the American Lumber Corporation Pension Trust, to which all parties have consented, it is this 23 day of May, 2000, **ORDERED** that the motion be and hereby is **GRANTED,** and it is

**FURTHER ORDERED** that the matter styled *Trustees of the American Lumber Corporation Pension Trust v. Metropolitan Life Insurance Co., et al.*, Civil No. AMD-00-1291 is hereby consolidated into *Metropolitan Life Insurance Company as successor in interest to New England Mutual Life Insurance Company v. Victoria Cartwell Payton, et al.*, and *Ernestine Cartwell v. Metropolitan Life Insurance Company as successor in interest to New England Mutual Life Insurance Company, et al.*, Civil No. AMD-99-3117, and all further pleadings shall bear the caption and case number of *Metropolitan Life Insurance Company as successor in interest to New England Mutual Life Insurance Company v. Victoria Cartwell Payton, et al.*, Civil No. AMD-99-3117.

_____
Judge, United States District Court
for the District of Maryland

copies to:

J. Snowden Stanley, Jr., Esquire
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, Maryland 21201

William W. Carrier, III, Esquire
Maryann S. Cohea, Esquire
Tydings & Rosenberg LLP
100 E. Pratt Street
Baltimore, Maryland 21202

J. David Ash, Esquire
4367 Hollins Ferry Rd., Suite 2C
Baltimore, Maryland  21227

Charles E. Iliff, Jr., Esquire
Iliff & Meredith, P.C.
The Fidelity Building, Suite 100
210 N. Charles Street
Baltimore, Maryland  21201

A. Donald C. Discepolo, Esquire
28 W. Allegheny Avenue, Suite 510
Towson, Maryland  21204

#202269                                3