IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2000 JUL 11 P 4: 04
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

| | | |
|---|---|---|
| METROPOLITAN LIFE INS. CO., <br>     Plaintiff | : | |
| v. | : | Civil No. AMD 99-3117 |
| AMERICAN LUMBER PENSION TRUST, et al., <br>     Defendants | : | |
| ERNESTINE CARTWELL, <br>     Plaintiff | : | |
| v. | : | Civil No. AMD 00-445 |
| METROPOLITAN LIFE INS. CO., et al., <br>     Defendants | : | |
| TRUSTEES OF THE AMERICAN LUMBER CORPORATION TRUST, <br>     Plaintiff | : | |
| v. | : | Civil No. AMD 00-1291 |
| METROPOLITAN LIFE INS. CO., <br>     Defendant | : | |

...oOo...

## SETTLEMENT ORDER
### (LOCAL RULE 111.1)

This Court, having been advised by counsel for the parties that the above actions have been settled, including all counterclaims, cross-claims and third-party claims, if any,

IT IS ORDERED that these actions are hereby DISMISSED with each party to

bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties. The entry of this Order is without prejudice to the right of a party to move for good cause within 90 days to reopen any such action if settlement is not consummated. If no such motion is filed within 90 days, the dismissal of these actions is with prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court serve copies of this Order, by United States mail, upon the attorneys of record for the parties appearing in this case.

Filed: July 11, 2000

_____
Andre M. Davis
United States District Judge